# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| EDGE NETWORKING SYSTEMS LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00887-JRG-RSP |
| AMAZON.COM, INC., AMAZON.COM SERVICES LLC and AMAZON WEB SERVICES, INC. | § § § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is Plaintiff Edge Networking Systems LLC's Unopposed Motion to Extend Deadline to File its Response in Opposition to Defendants' Motion to Dismiss for Improper Venue. **Dkt. No. 42.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**.

It is **ORDERED** that Plaintiff's deadline to respond to Defendants' Motion to Dismiss is extended to March 10, 2025.

**SIGNED this 21st day of February, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE