# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| EDGE NETWORKING SYSTEMS LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00887-JRG-RSP |
| AMAZON.COM, INC., AMAZON.COM SERVICES LLC and AMAZON WEB SERVICES, INC. | § § § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is Plaintiff Edge Networking Systems LLC's Unopposed Motion to Further Extend Deadline to File its Response in Opposition to Defendants' Motion to Dismiss for Improper Venue and to Answer Amazon.com Services LLC's Counterclaims. **Dkt. No. 47.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**.

It is **ORDERED** that Plaintiff's deadline to respond to Defendants' Motion to Dismiss and to answer the Counterclaims of Amazon.com Services is extended to two weeks after the Court rules on Edge Networking's Motion for Leave to File an Amended Complaint (Dkt. No. 46).

**SIGNED this 17th day of March, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE