# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| EDGE NETWORKING SYSTEMS LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES LLC, and AMAZON WEB SERVICES, INC.,<br><br>Defendants. | Case No. 2:24-cv-00887-JRG-RSP |

## NOTICE OF NON-OPPOSITION TO PLAINTIFF'S OPPOSED MOTION TO FILE AMENDED COMPLAINT AGAINST AMAZON.COM SERVICES LLC [DKT 46]

Defendants AMAZON.COM, INC., AMAZON.COM SERVICES LLC AND AMAZON WEB SERVICES, INC. (Defendants) respectfully file notice to inform the Court that they no longer oppose Plaintiff's Moton to File Amended Complaint Against Amazon.Com Services LLC [DKT 46] and, as a result, asks the Court to grant the Joint Motion to Amend Docket Control Order filed simultaneously with this Notice which adjusts this case's schedule in light of this Non-Opposition.

Dated: March 19, 2025

Respectfully submitted by,

*/s/ Michael E. Jones*
Michael E. Jones
SBN: 10929400
Shaun W. Hassett
SBN: 24074372
POTTER MINTON, PC
102 N. College, Suite 900
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com
shaunhassett@potterminton.com

S. Giri Pathmanaban
SBN: 24074865
LATHAM & WATKINS LLP
300 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (737) 910-7300
Facsimile: (737) 910-7301
Email: giri.pathmanaban@lw.com

Clement Naples
E.D. Tex. Bar No. NY4217717
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: clement.naples@lw.com
Michael E. Bern (*pro hac vice*)
DC Bar No. 994791
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: michael.bern@lw.com

COUNSEL FOR DEFENDANTS