# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| EDGE NETWORKING SYSTEMS LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC<br><br>Defendant. | Case No. 2:24-cv-00887-JRG-RSP |

## DEFENDANT'S NOTICE OF MOOTNESS OF MOTION TO DISMISS COMPLAINT FOR IMPROPER VENUE (DKT. 35)

Defendant AMAZON.COM SERVICES LLC ("Amazon") hereby respectfully notifies the Court that AMAZON.COM, INC. and AMAZON WEB SERVICES, INC.'s Motion to Dismiss Complaint for Improper Venue (Dkt. 35) filed February 9, 2025, is now moot. Plaintiff EDGE NETWORKING SYSTEMS LLC ("Edge") filed its Amended Complaint for Patent Infringement (Dkt. 53) on March 24, 2025. Said Amended Complaint no longer names AMAZON.COM, INC. and AMAZON WEB SERVICES, INC. as Defendants.

Dated: April 7, 2025

Respectfully submitted by:

*/s/ Shaun W. Hassett*
Michael E. Jones
SBN: 10929400
Shaun W. Hassett
SBN: 24074372
POTTER MINTON, PC
102 N. College, Suite 900
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com
shaunhassett@potterminton.com

S. Giri Pathmanaban
SBN: 24074865
CLEARY GOTTLIEB STEEN & HAMILTON LLP
1841 Page Mill Road
Palo Alto, CA 94304-1254
Telephone: (650) 815-4140
Email: gpathmanaban@cgsh.com

COUNSEL FOR DEFENDANT