**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| EDGE NETWORKING SYSTEMS LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00887-JRG-RSP |
| | § | |
| AMAZON.COM SERVICES LLC, *et al*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff Edge Networking Systems LLC's Unopposed Motion to Extend its Deadline to File its Response in Opposition to Defendant's Motion to Transfer. **Dkt. No. 66.** After consideration, and noting that it is unopposed, the Court **GRANTS** the Motion.

It is **ORDERED** that Plaintiff's deadline to respond to Defendant's Motion to Transfer is extended to June 17, 2025.

It is **FURTHER ORDERED** that Defendant's deadline to file its reply in support of its Motion is extended to July 1, 2025.

**SIGNED this 3rd day of June, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE