**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| EDGE NETWORKING SYSTEMS LLC, | § | |
| *Plaintiff,* | § § | |
| | § | |
| v. | § | |
| | § | CASE NO. 2:24-CV-00887-JRG-RSP |
| AMAZON.COM, INC., AMAZON.COM SERVICES LLC, *and* AMAZON WEB SERVICES, INC., | § § § | |
| *Defendants.* | § § | |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Leave to Serve Supplemental Expert Report. **Dkt. No. 153**. Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is hereby

**ORDERED** that Plaintiff has leave to serve the supplemental expert report of Mr. Michael Lindsay, attached as Exhibit A to the Motion, incorporating information from the second deposition of Mr. Arun Narayanan, on Defendant Amazon.com Services LLC within seven (7) days of this Order.

**SIGNED this 16th day of April, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE