**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| EDGE NETWORKING SYSTEMS LLC | § | |
| | § | |
| v. | § | CASE NO. 2:24-cv-00887-JRG-RSP |
| | § | |
| AMAZON.COM SERVICES, LLC. ET AL. | § | |

**Pretrial Conference Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**July 1, 2026**

**OPEN: 9:02 a.m.** **ADJOURN: 12:07 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERK: | Tariq Ausaf |
| COURT REPORTER: | Shawn McRoberts |
| COURTROOM DEPUTY: | Wendy Asbel |

Court opened. Case called. Jennifer Truelove introduced co-counsel and announced ready. Michael Jones introduced co-counsel and announced ready.

The Court provided instructions and housekeeping matters to the parties. The Court confirmed with counsel that they received notice previously that the case will not be on the July 10 trial docket. Further notice will be given after next week's trial finishes. Each side will be allowed 10.5 hours per side for evidence. The parties will have 30 minutes per side for *voir dire*. The parties are to submit juror questionnaires to Deputy Clerk in Charge, Kecia Clendening, promptly by July 10. The parties will have four peremptory strikes each side. Eight jurors will be seated. The parties will have 30 minutes for opening statements and 40 minutes per side for closing arguments. Evidence will be presented immediately following openings. The Court will be available in chambers by 7:30 a.m. every morning to take up any housekeeping matters or late arriving disputes. The parties shall notify the Court by 10:00 p.m. each evening of disputes/objections not resolved through meet and confer efforts. Three (3) jointly prepared three-ring binders with disputed information are to be delivered to the Court by 7:00 a.m. the following day. The jury will report at 8:30 a.m. daily. Issues with depositions that are to be played or read to the jury in lieu of the testimony, need to have objections resolved in advance. They will need to be raised with the Court two days before they are to be used.

The pretrial order was adopted.

It is the Court's practice to hold all Rule 50(a) motions until the close of all evidence. The Court instructed counsel not to refer to witnesses and others by their first names, and to advise

their respective witnesses regarding same. The Court directed counsel to refer to the Court's Standing Order regarding the sealing of the courtroom regarding confidential or highly sensitive testimony. Counsel should review Judge Gilstrap's Standing Order regarding the use of jury information. The pretrial order provides the requirements regarding juror notebooks.

The parties will provide juror notebooks 2 days before jury selection and can pick up the jury questionnaires and list at that time. Each notebook shall contain a sheet with a head and shoulder photo of each witness with the name only above the photo and lines for taking notes, a copy of the patent(s), the Court's claim construction chart, a 3-hole punched note pad and a non-clicking pen. Experts should be held to the four-corners of their reports. Chambers will send an email regarding expert reports.

The Court asked for any objections regarding witnesses. The parties had none.

The Court heard argument regarding disputed MILs. Joseph Mercadante and Jacob Ostling argued for Plaintiff. Giri Pathmanaban and Joseph Akalski argued for Defendants. The Court made rulings as set forth in the record.

Recessed.

Court reconvened. Mr. Pathmanaban requested to postpone argument on the exhibits. No objection by Mr. Ostling. The Court directed counsel to meet with Ms. Asbel following today's hearing to schedule an exhibits hearing.

Mr. Pathmanaban argued Defendants' Motion for Summary Judgment **(Dkt. No. 83)**. Mr. Mercadante responded. The Court will schedule an evidentiary hearing on the issue of standing.

Court adjourned.