**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| EDGE NETWORKING SYSTEMS LLC, *Plaintiff*, | § § § | |
| v. | § | CASE NO. 2:24-CV-00887-JRG-RSP |
| AMAZON.COM SERVICES LLC, *Defendant*. | § § § | |

# ORDER

Defendant Amazon.com Services LLC ("Defendant") previously filed a Motion for Summary Judgment ("Motion"). (Dkt. No. 83). Magistrate Judge Payne entered a Report and Recommendation, recommending denial of Defendant's Motion and an affirmative finding that Plaintiff Edge Networking Systems LLC ("Edge") has standing to assert the Asserted Patents[1] in this case. (Dkt. No. 252). Defendant has now filed Objections. (Dkt. No. 255).

After conducting a *de novo* review of the briefing on the Motion, the Report and Recommendation, and the briefing on Defendant's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendant's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion (Dkt. No. 83) is **DENIED**; the Court additionally finds that Plaintiff Edge Networking Systems LLC ("Edge") has standing to assert the Asserted Patents in this case.

[1] The Asserted Patents include U.S. Patent Nos. 11,695,823, 10,893,095, 10,686,871, 12,126,673, 12,113,850, 12,113,851, and 12,126,674.

**So ORDERED and SIGNED this 28th day of August, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE