**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| EDGE NETWORKING SYSTEMS LLC | § | |
| | § | |
| v. | § | CASE NO. 2:24-cv-00887-JRG-RSP |
| | § | |
| AMAZON.COM SERVICES, LLC. ET AL. | § | |

**Final Pretrial Conference**
**MAG. JUDGE ROY PAYNE PRESIDING**
**September 8, 2026**

**OPEN: 9:04 a.m.** **ADJOURN: 9:57 a.m.**

| | |
|---|---|
| ATTORNEY FOR PLAINTIFF: | Jacob Ostling |
| ATTORNEYS FOR AMAZON DEFENDANTS: | Michael Jones, Socrates Boutsikaris, Miranda Herzog |
| LAW CLERK: | Michael Paul |
| COURT REPORTER: | Ed Reed |
| COURTROOM DEPUTY: | Wendy Asbel |

Court opened. Case called. Mr. Ostling announced ready. Mr. Jones introduced co-counsel and announced ready.

The Court noted that this case has been released from the September 30 / October 5 jury docket. The remaining dockets are currently November 2 and December 7. Judge Gilstrap will be issuing an order of trials for the November docket around the end of this month. Counsel will be notified as promptly as possible.

The Court noted that the email chart or bucket list sent by Ms. Cary yesterday will be attached to the minutes. Mr. Smith reflected in the record that Ms. Cary worked on the exhibits but was ill and unable to attend today's hearing. The Court expressed its appreciation to counsel.

The Court heard argument on disputed exhibits. Mr. Boutsikaris noted the exhibits that were withdrawn. Mr. Ostling confirmed the agreement. Ms. Herzog and Mr. Jones argued on behalf of Defendants. Mr. Ostling argued on behalf of Plaintiff. The Court made rulings as set forth in the record.

The Court directed counsel to continue negotiations re DTX-130 and DTX-132 and file a joint notice by September 22. The Court CARRIED the objections to DTX-130 and DTX-132 to be determined after receipt of a joint notice indicating what the parties have been able to narrow the issues down to.

Court adjourned.