**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| EDGE NETWORKING SYSTEMS LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendant. | Case No. 2:24-cv-00887-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**JOINT NOTICE REGARDING DTX-0130 AND DTX-0132**

Plaintiff Edge Networking Systems, LLC ("Edge") and Defendant Amazon.com Services LLC ("Amazon"), respectfully submit this Joint Notice to the Court regarding DTX-0130 and DTX-0132.

At the final pretrial conference held on September 8, 2026, the Court heard argument on Plaintiff's objections to DTX-0130 and DTX-0132—Edge's interrogatory responses that Amazon had listed as trial exhibits. After considering the parties' respective positions, the Court carried Plaintiff's objections to DTX-0130 and DTX-0132 and directed the parties to file a joint notice by September 22, 2026, that indicates what the parties have agreed on and what remains in dispute as to these two exhibits.

To resolve the remaining disputes between the parties with respect to this category of objections, Amazon hereby withdraws DTX-0130 and DTX-0132 from its exhibit list. In light of this withdrawal, the parties respectfully submit that no further action by the Court is required with respect to Plaintiff's objections to these exhibits.

Dated: September 22, 2026

Respectfully submitted,

*/s/ Shaun W. Hassett*

S. Giri Pathmanaban
SBN: 24074865
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
1841 Page Mill Rd, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4140
Facsimile: (650) 815-4199
Email: gpathmanaban@cgsh.com

Clement Naples
E.D. Tex. Bar No. NY4217717
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2516
Facsimile: (212) 225-3999
Email: cnaples@cgsh.com

Michael E. Jones
Shaun W. Hassett
SBN: 10929400
Shaun W. Hassett
SBN: 24074372
**POTTER MINTON, PC**
102 N. College, Suite 900
Tyler, TX 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
Email: mikejones@potterminton.com
Email: shaunhassett@potterminton.com

***ATTORNEYS FOR DEFENDANT AMAZON.COM SERVICES LLC***

*<u>/s/ Vincent J. Rubino, III</u>*

Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@frlip.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@frlip.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@frlip.com
Joseph Mercadante
Email: jmercadante@frlip.com
NY Bar No. 4784930
**Fabricant, Rubino & Lambrianakos LLP**
411 Theodore Fremd Avenue,
Suite 206 South Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796
Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321

Facsimile: (903) 215-8510
***ATTORNEYS FOR PLAINTIFF EDGE NETWORKING SYSTEMS LLC***