**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| EDGE NETWORKING SYSTEMS LLC, *Plaintiff*, | § | |
| v. | § | CASE NO. 2:24-CV-00887-JRG-RSP |
| AMAZON.COM SERVICES LLC, *Defendant*. | § | |

**REPORT AND RECOMMENDATION**

Before the Court is Plaintiff's Motion for Partial Summary Judgment on Certain of Defendant's Additional Defenses (Nos. 6, 7, 8, 9, 10, 12). **Dkt. No. 158.** In its Opposition, Amazon withdrew most of those defenses, but continued to assert No. 8 (willful infringement) and No. 9 (exceptionality of the case). Dkt. No. 190 at 1. Amazon says these are not affirmative defenses, and Edge would still have to meet its burden on both. *Id.* In its reply, Edge withdraws its motion as to those remaining defenses. Dkt. No. 197 at 1. Accordingly, because there is no live dispute before the Court, the Motion should be **DENIED AS MOOT**.

A party's failure to file written objections to the findings, conclusions, and recommendations contained in this Report within 14 days bars that party from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except on grounds of plain error, from appellate review of unobjected-to factual findings and legal conclusions accepted and adopted by the district court. Fed. R. Civ. P. 72(b)(2); *see also Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (*en banc*). Any objection to this Report and Recommendation must be filed in ECF under the event "Objection to Report and Recommendation [cv, respoth]" or it may not be considered by the District Judge.

**SIGNED this 26th day of October, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE